# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2008

135818 & (44)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

                                             SC: 135818
COA: 272404
Kalamazoo CC: 05-001350-FH

SHAWN MICHAEL VESCOSO,
      Defendant-Appellee/
      Cross-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 18, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2008
                                          Clerk

p0514